1  PANKIT J. DOSHI (SBN 231369)
   pdoshi@mwe.com
2  DANIELLE CUMMINS (SBN 347708)
   dacummins@mwe.com
3  **MCDERMOTT WILL & SCHULTE LLP**
   415 Mission St Suite 5600
4  San Francisco, CA  94105-2616
   Telephone:    +1 628 218 3800
5  Facsimile:    +1 628 877 0107

6  Attorneys for Defendant
   DAVITA INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10  MIRIAM FLORES,                              CASE NO. 2:25-cv-02684-AC

11                      Plaintiff,              **JOINT STIPULATION EXTENDING
                                                TIME FOR DEFENDANT TO FILE**
12         vs.                                  **RESPONSIVE PLEADING**

13  DAVITA, INC., and DOES 1 to 100, inclusive,
                                                **Complaint Filed**:  August 8, 2025
14                      Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Federal Rule of Civil Procedure FRCP 6(b)(1)(A) and Local Rule 144(a), Plaintiff Miriam Flores ("Plaintiff") and Defendant DaVita Inc. ("DaVita") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff filed a Complaint on August 8, 2025, in the Superior Court of California County of San Joaquin.

**WHEREAS**, Defendant was served with the Complaint on August 19, 2025.

**WHEREAS**, Defendant filed its Answer in the Superior Court of California County of San Joaquin on September 16, 2025.

**WHEREAS**, Defendant filed a Notice of Removal on September 17, 2025.

**WHEREAS**, Pursuant to Federal Rule of Civil Procedure 81(c)(2), Defendant's current deadline to file a responsive pleading is September 24, 2025.

**WHEREAS**, the parties agree to extend Defendant's deadline to file a responsive pleading by two weeks, making the new deadline for Defendant to file the responsive pleading no later than October 8, 2025.

**WHEREAS**, this is the Parties' first request for an extension of time, and the requested extension will not affect any other deadlines currently set by the Court or by statute.

**NOW THEREFORE**, the Parties hereby stipulate and agree that Defendant's deadline to file its responsive pleading is October 8, 2025.

Dated: September 24, 2025          **THE HENDERSON FIRM, P.C.**

By:    */s/ Daniel B. Henderson*
      DANIEL B. HENDERSON
      Attorney for Plaintiff
      MIRIAM FLORES

Dated: September 24, 2025          **MCDERMOTT WILL & SCHULTE LLP**

By:    */s/ Pankit Doshi*
      PANKIT DOSHI
      DANIELLE CUMMINS
      Attorneys for Defendant
      DAVITA INC.

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -

**[~~PROPOSED~~] ORDER**

Having considered Plaintiff Miriam Flores ("Plaintiff") and Defendant DaVita Inc.'s ("Defendant") Joint Stipulation Extending Time For Defendant to File its Responsive Pleading, this Court finds that good cause exists to grant the requested relief.

IT IS HEREBY ORDERED that Defendant's deadline to file a responsive pleading to the Complaint is **October 8, 2025**.

**IT IS SO ORDERED.**

Dated: September 25, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Daniel B. Henderson, counsel for Plaintiff Miriam Flores, and that I obtained, on September 24, 2025, Mr. Henderson's authorization to affix his electronic signature to this document.

Dated: September 25, 2025                    /s/ *Pankit Doshi*
                                             PANKIT DOSHI

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING