PANKIT J. DOSHI (SBN 231369)
pdoshi@mcdermottlaw.com
DANIELLE CUMMINS (SBN 347708)
dacummins@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
415 Mission St Suite 5600
San Francisco, CA  94105-2616
Telephone:     +1 628 218 3800
Facsimile:     +1 628 877 0107

Attorneys for Defendant
DAVITA INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM FLORES,<br><br>              Plaintiff,<br><br>       vs.<br><br>DAVITA, INC., and DOES 1 to 100, inclusive,<br><br>              Defendant. | CASE NO. 2:25-cv-02684-AC<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**Complaint Filed**: August 8, 2025 |

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING

Pursuant to Federal Rule of Civil Procedure FRCP 6(b)(1)(A) and Local Rule 144(a), Plaintiff Miriam Flores ("Plaintiff") and Defendant DaVita Inc. ("DaVita") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff filed a Complaint on August 8, 2025, in the Superior Court of California County of San Joaquin.

**WHEREAS**, Defendant was served with the Complaint on August 19, 2025.

**WHEREAS**, Defendant filed its Answer in the Superior Court of California County of San Joaquin on September 16, 2025.

**WHEREAS**, Defendant filed a Notice of Removal on September 17, 2025.

**WHEREAS**, Plaintiff filed her First Amended Complaint on September 29, 2025.

**WHEREAS**, Defendant filed a Motion to Dismiss on October 14, 2025.

**WHEREAS**, the Court granted Defendant's Motion to Dismiss Plaintiff's Claims One through Five, but denied the Motion as to Plaintiff's Claims Six and Seven (to the extent that this claim is predicated upon Claim Six) on April 27, 2026.

**WHEREAS**, pursuant to Federal Rule of Civil Procedure Rule 26(f), the parties participated in a conference on May 7, 2026 at 2:00 p.m. and have subsequently jointly drafted a Rule 26(f) Conference Report.

**WHEREAS**, Defendant's deadline to file a responsive pleading to Plaintiff's remaining claims from the First Amended Complaint was May 11, 2026.

**WHEREAS**, the parties agreed on May 20, 2026, to extend Defendant's deadline to file a responsive pleading, making the new deadline for Defendant to file the responsive pleading no later than June 1, 2026.

**WHEREAS**, the requested extension will not affect any other deadlines currently set by the Court or by statute.

**NOW THEREFORE**, the Parties hereby stipulate and agree that Defendant's deadline to file its responsive pleading is June 1, 2026.

//

//

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -

Dated: June 2, 2026                    **THE HENDERSON FIRM, P.C.**


By:    */s/ Daniel B. Henderson*
          DANIEL B. HENDERSON
          Attorney for Plaintiff
          MIRIAM FLORES


Dated: June 2, 2026                    **MCDERMOTT WILL & SCHULTE LLP**


By:    */s/ Pankit Doshi*
          PANKIT DOSHI
          DANIELLE CUMMINS
          Attorneys for Defendant
          DAVITA INC.

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING

### [PROPOSED] ORDER

Having considered Plaintiff Miriam Flores ("Plaintiff") and Defendant DaVita Inc.'s ("Defendant") Joint Stipulation Extending Time For Defendant to File its Responsive Pleading, this Court finds that good cause exists to grant the requested relief.

IT IS HEREBY ORDERED that Defendant's deadline to file a responsive pleading to the Complaint is **June 1, 2026**.

**IT IS SO ORDERED.**

DATED: June 2, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

- 3 -
JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING